IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT HILTON-THOMAS,

    Petitioner,

vs.                           CIVIL ACTION NO.: CV213-030

SUZANNE HASTINGS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Robert Hilton-Thomas ("Hilton-Thomas") filed Objections. Respondent filed a Response. In his Objections, Hilton-Thomas asserts that the State of Florida dismissed the charges against him on August 20, 2008, and then recharged him with a probation violation. Plaintiff contends that the federal authorities had sole custody of him and that he is entitled to credit against his federal sentence from August 20, 2008, through April 15, 2009.

First, the documents Hilton-Thomas submitted as support for his Objections do not reveal that his state charges were dismissed. In addition, it appears that many—if not all—of the specific contentions Hilton-Thomas raises in his Objections, such as the time period for which he seeks credit, are raised for the first time in his Objections. This

AO 72A
(Rev. 8/82)

Court's usual practice is not to entertain assertions made for the first time in Objections. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009).

Hilton-Thomas' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Hilton-Thomas' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this １ day of October, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA